UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 28, 2018
David J. Bradley, Clerk

Arthur Alexander Office, §
§
    Petitioner, §
§
v. § Civil Action 4: 17-2346
§
Lori Davis, §
§
    Respondent. §

## Order of Adoption

On September 7, 2018, Magistrate Judge Peter Bray filed a memorandum and recommendation (33). Petitioner Arthur Alexander Office filed objections (34). Office's objections are denied. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The petition for writ of habeas corpus is denied with prejudice. The court will issue a separate final judgment.

Signed _September 28_, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge